UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Echo Global Logistics, Inc.
                              Plaintiff,

v.                              Case No.: 1:18−cv−05458
                                Honorable Charles R. Norgle Sr.

Linq Transport, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 14, 2018:

   MINUTE entry before the Honorable Charles R. Norgle: Motion for a temporary restraining order [6] is denied. Motion for leave to file excess pages [8] is granted. Motion hearing held on 8/14/2018. Defendants' amended motion regarding jurisdiction is due on or before August 21, 2018. Plaintiff's response is due on or before August 28, 2018. Defendants' reply will be due on or before September 4,2018. A status hearing is set for September 19, 2018 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.